**KAYE, ROSE & PARTNERS, LLP**
Bradley M. Rose, Esq., SBN 126281
brose@kayerose.com
Frank C. Brucculeri, Esq., SBN 137199
fbrucculeri@kayerose.com
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 551-6555
Facsimile: (310) 277-1220

Attorneys for Plaintiff
**Milwaukee Electric Tool Corporation**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ORIENT OVERSEAS CONTAINER LINE and INTERMODAL CARTAGE CO., INC.<br><br>　　　　　Defendants. | Case No.: 2:24−cv−02526−MCS−RAO<br><br>**IN ADMIRALTY**<br><br>**JOINT NOTICE OF SETTLEMENT** |

　　　Plaintiff Milwaukee Electric Tool Corporation ("Plaintiff") and defendant Orient Overseas Container Line Ltd., sued here as Orient Overseas Container Line ("OOCL" or "Defendant") (collectively, "Parties") through their respective attorneys of record, hereby report to the Court as follows:

　　　1.　　The Parties have reached a settlement of the issues and claims raised by this litigation;

　　　2.　　A settlement agreement is being drafted for review and circulated by the Parties' principals;

3. Counsel for the Parties are confident that the settlement will be finalized in the next thirty (30) days, whereafter they will file a Joint Request for Dismissal pursuant to FRCP Rule 41.

4. As a result of the settlement reached between the Parties, the Parties ask that the Court take the upcoming case management dates off calendar pending the filing of a Joint Request for Dismissal.

RESPECTFULLY SUBMITTED:

Dated: April 11, 2025            **KAYE, ROSE & PARTNERS, LLP**

By: */s/ Frank C. Brucculeri*
Bradley M. Rose
Frank C. Brucculeri
Jared M. Kaye
Attorneys for Plaintiff Milwaukee
Electric Tool Corporation

Dated: April 11, 2025            **HOLLAND & KNIGHT, LLP**

By: */s/ Kathryn Richards*
Kathryn Richards
Attorneys for Defendant, Orient
Overseas Container Line Ltd.

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Phone 213.896.2523
Fax 213.896.2450
kathryn.richards@hklaw.com

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest those other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

*/s/ Frank C. Brucculeri*
By: Frank C. Brucculeri