HOLLAND & KNIGHT LLP
Kathryn J. Richards, SBN 346956
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel.:  213.896.2400
Fax:  213.896.2450
E-mail:  kathryn.richards@hklaw.com

Attorneys for Defendant,
Orient Overseas Container Line Ltd.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION,<br><br>          Plaintiff,<br><br>          -v-<br><br>ORIENT OVERSEAS CONTAINER LINE and INTERMODAL CARTAGE CO., INC.,<br><br>          Defendants. | Case No.: 2:24-cv-02526-MCS-RAO<br><br>Assigned to Hon. Mark C. Scarsi<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PER F.R.CP. 41**<br><br>Complaint Filed: March 25, 2024 |

///
///
///
///
///
///
///

STIPULATION OF DISMISSAL WITH PREJUDICE PER F.R.C.P. 41

**TO THE COURT:**

NOTICE IS HEREBY GIVEN that Plaintiff Milwaukee Electric Tool Corporation, by and through its counsel of record, and Defendant Orient Overseas Container Line Ltd., sued here as Orient Overseas Container Line ("OOCL"), by and through its counsel of record, hereby agree and stipulate to the dismissal with prejudice of the entire action as to Defendant OOCL, each party to bear its own costs and fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS SO STIPULATED.**

Dated: June 12, 2025                     HOLLAND & KNIGHT LLP


                                         /s/Kathryn J. Richards
                                         Kathryn J. Richards[1]

                                         Attorney for Defendant
                                         Orient Overseas Container Line Ltd.


Dated: June 12, 2025                     KAYE, ROSE, & PARTNERS LLP


                                         /s/Frank C. Brucculeri
                                         Frank C. Brucculeri

                                         Attorney for Plaintiff
                                         Milwaukee Electric Tool Corporation

---

[1] Pursuant to Local Rule 5-4.3.4, I, Kathryn J. Richards, hereby attest that all the signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.